JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM CASTRO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CHIPOTLE MEXICAN GRILL, INC., a Delaware Corporation<br><br>Defendants. | Case No.: SACV 09-659 AG (ANx)<br><br><br>ORDER RE: STIPULATION TO DISMISS |

## ORDER

Pursuant to the stipulation of the parties, IT IS ORDERED that this matter is dismissed with prejudice.

Dated April 22, 2010

_____
Andrew J. Guilford
United States District Judge

STIPULATION TO DISMISS